BRIAN S. KABATECK (SBN 152054)
 (bsk@kbklawyers.com)
JOSHUA H. HAFFNER (SBN 188652)
 (jhh@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Tel: (213) 217-5000
Fax: (213) 217-5010

Attorneys for Plaintiff
and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDENE SOMERVILLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER ORTHOPEDICS, etc., et al.,<br><br>Defendants. | CASE NO. CV-08-2443<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 15, 2008

KABATECK BROWN KELLNER, LLP

By: _____
JOSHUA H. HAFFNER
Attorneys for Plaintiff and the proposed Class

---

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE