UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Goldene Somerville, individually, and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>Stryker Orthopedics, etc., et.al.,<br><br>   Defendants.<br>_____/ | No. C08-02443<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for September 2, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **September 5, 2008 at 10:30 a.m..**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on August 29, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: May 16, 2008                                  RICHARD W. WIEKING, Clerk
                                                                       United States District Court


                                                                          /s/ *Patty Cromwell*
                                                                       By: Patty Cromwell, Courtroom Deputy
                                                                       to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Joshua H. Haffner    jhh7007@yahoo.com

Brian S. Kabateck    bsk@kbklawyers.com