| | |
|---|---|
| 1 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| 2 | William M. Goodman (SBN 61305)<br>wgoodman@kasowitz.com |
| 3 | Daniel F. Cook (SBN 70484)<br>dcook@kasowitz.com |
| 4 | 101 California Street, Suite 2050<br>San Francisco, CA 94111 |
| 5 | Telephone: (415) 421-6140<br>Facsimile: (415) 398-5030 |
| 6 | Attorneys for Defendants |
| 7 | STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); |
| 8 | HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; AND STRYKER SALES |
| 9 | CORPORATION |

# UNITED DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDENE SOMERVILLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION,<br><br>Defendants. | Case No: 08-cv-02443 JF<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER** |

Plaintiff GOLDENE SOMERVILLE, individually and on behalf of all others similarly situated and Defendants STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION ("Defendants"), by and through their respective counsel, hereby stipulate that the time in which Defendants shall have to

///

---

STIPULATION AND [PROPOSED] ORDER        1        08-cv-02443 JF

respond to the Complaint filed herein shall be, and hereby is, extended to and including July 2, 2008.

DATED: May 22, 2008          **KABATECK BROWN KELLNER LLP**

By: /s/ Richard L. Kellner
    RICHARD L. KELLNER

Attorneys for Plaintiff Somerville

DATED: May 22, 2008          **KASOWITZ BENSON TORRES & FRIEDMAN LLP**

By: /s/ William M. Goodman
    WILLIAM M. GOODMAN

Attorneys for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: May 22, 2008          **KASOWITZ BENSON TORRES & FRIEDMAN LLP**

By: /s/ William M. Goodman
    WILLIAM M. GOODMAN

Attorneys for Defendants

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____