\*\*E-filed 5/29/08\*\*

1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   William M. Goodman (SBN 61305)
2  wgoodman@kasowitz.com
   Daniel F. Cook (SBN 70484)
3  dcook@kasowitz.com
   101 California Street, Suite 2050
4  San Francisco, CA 94111
   Telephone: (415) 421-6140
5  Facsimile: (415) 398-5030

6  Attorneys for Defendants
   STRYKER ORTHOPAEDICS (aka STRYKER
7  ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.);
   HOWMEDICA OSTEONICS CORPORATION;
8  STRYKER CORPORATION; AND STRYKER SALES
   CORPORATION

## UNITED DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDENE SOMERVILLE, individually and on behalf of all others similarly situated, | Case No: 08-cv-02443 JF |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND [~~PROPOSED~~] ORDER** |
| vs. | |
| STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION, | |
| Defendants. | |

Plaintiff GOLDENE SOMERVILLE, individually and on behalf of all others similarly situated and Defendants STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION ("Defendants"), by and through their respective counsel, hereby stipulate that the time in which Defendants shall have to

///

1  respond to the Complaint filed herein shall be, and hereby is, extended to and including July 2,
2  2008.

3  DATED: May 22, 2008            **KABATECK BROWN KELLNER LLP**

4
                                  By: /s/ Richard L. Kellner
5                                     RICHARD L. KELLNER

6                                 Attorneys for Plaintiff Somerville

7  DATED: May 22, 2008            **KASOWITZ BENSON TORRES & FRIEDMAN LLP**

8
                                  By: /s/ William M. Goodman
9                                     WILLIAM M. GOODMAN

10                                Attorneys for Defendants

11

12     I hereby attest that I have on file all holograph signatures for any signatures indicated by
13  a "conformed" signature (/S/) within this efiled document.

14
   DATED: May 22, 2008            **KASOWITZ BENSON TORRES & FRIEDMAN LLP**
15

16                                By: /s/ William M. Goodman
                                      WILLIAM M. GOODMAN
17
                                  Attorneys for Defendants
18

19                                **[PROPOSED] ORDER**

20     PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22
   DATED:  5/28/08                _[signature]_____
23

24

25

26

27

28