KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
William M. Goodman (SBN 61305)
wgoodman@kasowitz.com
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Defendants

# UNITED DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| GOLDENE SOMERVILLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER ORTHOPAEDICS, et al.,<br><br>Defendants. | Case No: 08-cv-02443-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(b)(6)** |

Defendants' Motion To Dismiss Pursuant to F.R.C.P Rule 12(b)(6) came before this Court on July 11, 2008. After consideration of the briefs and arguments of counsel, and all other matters presented to this Court,

IT IS HEREBY ORDERED THAT Defendants' Motion To Dismiss Pursuant to F.R.C.P Rule 12(b)(6) is granted.

DATED: _____

Judge Joseph C. Spero