RECEIVED

08 JUN -5 AM 11:27

[illegible stamp: WIEKING / CLERK U.S. DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

Northern District of California

GOLDENE SOMERVILLE, individually and on behalf of all others similarly situated,

    Plaintiff(s),

v.

STRYKER ORTHOPAEDICS, et al.

    Defendant(s).

CASE NO. CV-08-02443-JSC

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael Dinger, an active member in good standing of the bar of the Supreme Court of New Jersey whose business address and telephone number (particular court to which applicant is admitted) is

Stern & Kilcullen, LLC, 75 Livingston Avenue, Roseland, New Jersey 07068, (973) 535-1900

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the defendants.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge