

Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Attorneys for Defendants

FILED

08 JUN -5 AM 11: 27

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOLDENE SOMERVILLE, individually
and on behalf of all others similarly
situated,

    Plaintiff(s),

v.

STRYKER ORTHOPAEDICS, et al.

    Defendant(s).

CASE NO. CV-08-02443-JSC

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Jeffrey Speiser, an active member in good standing of the bar of the Supreme Court of New Jersey, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

William M. Goodman, Esq., of Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2050, San Francisco, CA 94111, (415) 421-6140.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 5, 2008

Jeffrey Speiser

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611019910
Cashier ID: sprinka
Transaction Date: 06/05/2008
Payer Name: kasowitz benson torres and
-----------------------------------
PRO HAC VICE
 For: kasowitz benson torres and
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: kasowitz benson torres and
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: kasowitz benson torres and
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 0719
 Amt Tendered: $630.00
-----------------------------------
Total Due:       $630.00
Total Tendered:  $630.00
Change Amt:      $0.00

08-2443jcs


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```