| | |
|---|---|
| 1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>    William M. Goodman (SBN 61305)<br>2  wgoodman@kasowitz.com<br>    101 California Street, Suite 2050<br>3  San Francisco, CA 94111<br>    Telephone: (415) 421-6140<br>4  Facsimile: (415) 398-5030 | **FILED**<br>08 JUN -5 AM 11:27<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

5  STERN & KILCULLEN, LLC
    Joel M. Silverstein (Pro Hac Vice)
6  Jeffrey Speiser (Pro Hac Vice)
    Michael Dinger (Pro Hac Vice)
7  75 Livingston Avenue
    Roseland, NJ 07068
8  Telephone: (973) 535-2627
    Facsimile: (973) 535-9664

9  Attorneys for Defendants

## UNITED DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| GOLDENE SOMERVILLE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff(s),<br><br>vs.<br><br>STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION,<br><br>    Defendants. | Case No: CV-08-02443-JCS<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Joseph C. Spero |

///
///
///
///
///
///

1

PROOF OF SERVICE
Doc. 8007574

CV-08-02443-JCS

**PROOF OF SERVICE**

I, Beth A. Johnson declare that I am employed in the City of San Francisco, County of San Francisco, at the business address of 101 California Street, Suite 2050, San Francisco, California 94111. I am over the age of eighteen years and am not a party to this matter.

On June 5, 2008, I caused to be served the attached:

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE (JEFFREY SPEISER)**

**ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE (JEFFREY SPEISER)**

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE (JOEL M. SILVERSTEIN)**

**ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE (JOEL M. SILVERSTEIN)**

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE (MICHAEL DINGER)**

**ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE (MICHAEL DINGER)**

on the following:

☐ **By Federal Express**. I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by Federal Express to receive documents, in an envelope or package designated by Federal Express.

☒ **By Mail**. (C.C.P. §1013a, 1015.5) I placed the above-documents in sealed envelope(s), with postage thereon fully prepaid, for collection and mailing at San Francisco, California, following ordinary business practices. I am readily familiar with the practices of Kasowitz, Benson, Torres and Friedman for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

Kabateck Brown Kellner, LLP
Brian S. Kabateck
Joshua H. Haffner
644 South Figueroa Street
Los Angeles, CA 90071

1  ☐ **By Personal Service**. I caused the above documents to be delivered by hand to the addressee(s) noted above.

2

3  ☐ **By Facsimile**. I caused the above documents to be served via facsimile electronic equipment transmission to the number indicated after the address(es) noted above.

4  Executed this ____ day of _____, 2008

5

6  _[signature]_

7  _____
   BETH A. JOHNSON

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

PROOF OF SERVICE
Doc. 8007574

3

CV-08-02443-JCS