FILED
2008 JUN 12 PM 2:42
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

RECEIVED
5 2008

UNITED STATES DISTRICT COURT
Northern District of California

GOLDENE SOMERVILLE, individually
and on behalf of all others similarly
situated,

        Plaintiff(s),

v.

STRYKER ORTHOPAEDICS, et al.

        Defendant(s).

CASE NO. CV-08-02443-JSC

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Joel M. Silverstein, an active member in good standing of the bar of the Supreme Court of New Jersey whose business address and telephone number (particular court to which applicant is admitted) is

Stern & Kilcullen, LLC, 75 Livingston Avenue, Roseland, New Jersey 07068, (973) 535-1900

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/12/08

JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMERVILLE et al,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STRYKER ORTHOPEDICS et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV08-02443 JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey Speiser
Stern & Kilcullen, LLC
75 Livingston Avenue
Roseland, NJ 07068

Joel M. Silverstein
Stern & Kilcullen, LLC
75 Livingston Avenue
Roseland, NJ 07068

Michael Dinger
Stern & Kilcullin, LLC
75 Livingston Avenue
Roseland, NJ 07068

Dated: June 12, 2008

　　　　　　　　　　　　　　　　　　　　*Karen L. Hom*
　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: Karen Hom, Deputy Clerk