**United States District Court**
For the Northern District of California

1

2

3

4                                   UNITED STATES DISTRICT COURT

5                                   NORTHERN DISTRICT OF CALIFORNIA

6    CLAIRE C. HAGGARTY,                          No. C-08-01609 JCS  and
                                                  Related Case C08-2443 JCS
7                    Plaintiff(s),
                                                  NOTICE OF IMPENDING
8        v.                                       REASSIGNMENT TO A UNITED
                                                  STATES DISTRICT COURT JUDGE
9    STRYKER ORTHOPAEDICS, ET AL.,

10                   Defendant(s).

11   RELATED CASE:

12   GOLDENE SOMMERVILLE,

13                   Plaintiff(s),

14       v.

15   STRYKER ORTHOPAEDICS, ET AL.,

16                   Defendant(s).
     _____/
17

18        The Clerk of this Court will now randomly reassign this case to a United States District

19   Judge because either:

20        [X]  One or more of the parties has requested reassignment to a United States District Judge

21   or has not consented to the jurisdiction of a United States Magistrate Judge, or

22        [] One or more of the parties has sought a type of judicial action (e.g., a temporary

23   restraining order) that a United States Magistrate Judge may not take without the consent of all

24   parties, the necessary consents have not been secured, and time is of the essence.

25        ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE

26   SPERO ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE

27   JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED..

28

**United States District Court**
For the Northern District of California

1    Dated:  June 16, 2008

2                                        Richard W. Wieking, Clerk
                                         United States District Court
3                                        *Karen L. Hom*

4                                        By: Karen L. Hom
                                         Deputy Clerk
5    cc: Intake

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28