| | |
|---|---|
| 1 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| | William M. Goodman (SBN 61305) |
| 2 | wgoodman@kasowitz.com |
| | 101 California Street, Suite 2050 |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 421-6140 |
| 4 | Facsimile: (415) 398-5030 |
| 5 | STERN & KILCULLEN, LLC |
| | Joel M. Silverstein (Pro Hac Vice) |
| 6 | Jeffrey Speiser (Pro Hac Vice) |
| | Michael Dinger (Pro Hac Vice) |
| 7 | 75 Livingston Avenue |
| | Roseland, NJ 07068 |
| 8 | Telephone: (973) 535-2627 |
| | Facsimile: (973) 535-9664 |
| 9 | |
| 10 | Attorneys for Defendants |

**UNITED DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| GOLDENE SOMERVILLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION,<br><br>Defendants. | Case No: 08-cv-02443-JSW<br><br>**RE-NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(b)(6)**<br><br>Date: September 26, 2008<br>Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the hearing on Defendants' Motion To Dismiss Pursuant To F.R.C.P. Rule 12(b)(6), which was previously scheduled to be heard on July 11, 2008, at 9:30 a.m. in Courtroom A of the above-entitled court, is hereby re-noticed to be heard on September 26, 2008 at 9:00 a.m. in Courtroom 2 of the above-entitled court, or as soon

1  thereafter as the matter may be heard.

2

3  DATED: June 17, 2008                KASOWITZ BENSON TORRES & FRIEDMAN LLP

4                                      By:    /s/ William M. Goodman

5                                             WILLIAM M. GOODMAN
                                               Attorneys for Defendants
6