United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   SOMERVILLE,

10          Plaintiff,

11      v.

12   STRYKER ORTHOPEDICS ET AL,

13          Defendant.
    _____/

No. C 08-02443 JSW
(Related to C-08-1609 JSW)

**ORDER SETTING CASE
MANAGEMENT CONFERENCE AND
REQUIRING JOINT CASE
MANAGEMENT CONFERENCE
STATEMENT**

14
15
16      TO ALL PARTIES AND COUNSEL OF RECORD:

17      The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby

18   ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management

19   Conference shall be held in this case on September 26, 2008, at 9:00 a.m., immediately following

20   the hearing on the Motion to Dismiss, in Courtroom 2, 17th Floor, Federal Building, 450 Golden

21   Gate Avenue, San Francisco, California.

22      Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on

23   any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5.  Following service,

24   plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance

25   with Civil L. R. 5-6(a).

26      The parties shall appear in person through lead counsel to discuss all items referred to in this

27   Order and with authority to enter stipulations, to make admissions and to agree to further scheduling

28   dates.

**United States District Court**
For the Northern District of California

1    The parties shall file a joint case management statement no later than **five (5) court days**

2    prior to the conference.  The joint case management statement shall address all of the topics set forth

3    in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case*

4    *Management Statement*, which can be found on the Court's website located at

5    http://www.cand.uscourts.gov.  *See* N.D. Civ L.R. 16-9.   If any one or more of the parties is

6    proceeding without counsel, the parties may file separate case management statements.    Separate

7    statements my also address all of the topics set forth in the Standing Order referenced above.  Any

8    request to reschedule the date of the conference shall be made in writing, and by stipulation if

9    possible, at least ten (10) calendar days before the date of the conference and must be based upon

10   good cause.   In order to assist the Court in evaluating any need for disqualification or recusal, the

11   parties shall disclose to the Court the identities of any person, associations, firms, partnerships,

12   corporations or other entities known by the parties to have either (1) financial interest in the subject

13   matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be

14   substantially affected by the outcome of the proceeding.  If disclosure of non-party interested entities

15   or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference

16   the pleading or document in which the disclosure was made.  In this regard, counsel are referred to

17   the Court's Recusal Order posted on the Court website at the Judges Information link at

18   http://www.cand.uscourts.gov.

19        **IT IS SO ORDERED.**

20

21   Dated: June 18, 2008                                    _____

22                                                           JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28