Reza Sina, SBN 250428
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Tel: (213) 217-5000
Fax: (213) 217-5010
rlk@kbklawyers.com

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDENE SOMERVILLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STRYKER ORTHOPEDICS, etc., et al.,<br><br>Defendants. | CASE NO. CV-08-2443<br><br>**NOTICE OF APPEARANCE OF REZA SINA OF KABATECK BROWN KELLNER LLP, ON BEHALF OF PLAINTIFF** |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Reza Sina, of Kabateck Brown Kellner LLP, appears in this action as counsel of record for plaintiff Goldene Somerville, and all others similarly situated. His contact information is as follows:

Reza Sina, SBN 250428
Kabateck Brown Kellner LLP
644 South Figueroa Street
Los Angeles, California 90017
Tel: (213) 217-5000
Fax: (213) 217-5010
rs@kbklawyers.com

- 1 -

NOTICE OF APPEARANCE OF REZA SINA OF KABATECK BROWN KELLNER LLP

- 2 -

| | |
|---|---|
| Dated: June 20, 2008 | KABATECK BROWN KELLNER LLP |
| | By: /s/ Reza Sina |
| | REZA SINA |
| | Attorneys for Plaintiff |