1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   William M. Goodman (SBN 61305)
2  wgoodman@kasowitz.com
   101 California Street, Suite 2050
3  San Francisco, CA 94111
   Telephone: (415) 421-6140
4  Facsimile: (415) 398-5030

5  Attorneys for Defendants

6

7

8                        **UNITED DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                         **(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| 11  GOLDENE SOMERVILLE, individually and on behalf of all others similarly situated, | Case No: 08-CV-02443-JSW |
| 12  | |
| 13              Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR DEFENDANTS TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FROM JULY 14, 2008 TO JULY 28, 2008** |
| 14       vs. | |
| 15  STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION, | |
| 16 | |
| 17 | |
| 18             Defendants. | |

19

20                              **STIPULATION**

21

22      Plaintiff Goldene Somerville and Defendants Stryker Orthopaedics, Howmedica

23  Osteonics Corporation, Stryker Corporation and Stryker Sales Corporation submit the following

24  Stipulation and Proposed Order continuing the deadline for Defendants to file a Reply to

25  Plaintiff's Opposition to Defendants' Motion to Dismiss from July 14, 2008 to July 28, 2008.

26  ///

27  ///

28

---

1

# RECITALS

A. Whereas, on June 5, 2008, Defendants filed a motion to dismiss;

B. Whereas, on June 18, 2008, the Court entered a briefing schedule requiring Plaintiff to file any opposition to Defendants' motion to dismiss no later than July 7, 2008, and Defendants to file any Reply to Plaintiff's opposition no later than July 14, 2008;

C. Whereas, on July 7, 2008, Plaintiff filed her opposition to Defendants' motion to dismiss;

D. Whereas, Defendants seek an extension of time to file their Reply to Plaintiff's opposition to address complex legal issues raised in Plaintiff's Opposition;

E. Whereas, the Parties all consent to continuing the deadline for Defendants to file a Reply to Plaintiff's Opposition to Defendants' motion to dismiss from July 14, 2008 to July 28, 2008;

F. Whereas, Defendants' motion to dismiss is currently scheduled to be heard by the Court on September 26, 2008;

BASED THEREON, IT IS HEREBY STIPULATED by and between the parties as follows: The deadline for Defendants to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss currently set for July 14, 2008 is continued to **July 28, 2008**.

**SO STIPULATED**

DATED: July 10, 2008                **KABATECK BROWN KELLNER LLP**

By:   /s/ Brian S. Kabateck
      BRIAN S. KABATECK
      *Attorneys for Plaintiff Goldene Somerville*

1  DATED: July 10, 2008                    **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**

By:   /s/ William M. Goodman
      WILLIAM M. GOODMAN
      *Attorneys for Defendants Stryker Orthopaedics;*
      *Howmedica Osteonics Corporation; Stryker*
      *Corporation; and Stryker Sales Corporation*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Having read and reviewed the foregoing Stipulation, **IT IS ORDERED THAT:**

The deadline for Defendants to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss currently set for July 14, 2008 is continued to **July 28, 2008**.

**IT IS SO ORDERED.**

DATED:  _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE