1

2

3                   UNITED STATES DISTRICT COURT

4                 NORTHERN DISTRICT OF CALIFORNIA

5

6  CLAIRE C. HAGGARTY

7         Plaintiff(s),              Related Case Nos.:
                                     C 08-01609 JSW AND C-08-2443 JSW
8      v.

9  STRYKER ORTHOPAEDICS              **CLERK'S NOTICE**

10        Defendant(s).

11 GOLDENE SOMMERVILLE

12        Plaintiff(s),

13     v.

14 STRYKER ORTHOPAEDICS

15        Defendant(s).

16 _____/

17      YOU ARE HEREBY NOTIFIED that on January 9, 2009,  at 9:00 a.m, in Courtroom 2 on the

18 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the

19 HONORABLE JEFFREY S. WHITE will conduct the Motions to Dismiss and Initial Case Management

20 Conferences in the above entitled cases **previously scheduled for** September 26, 2008 , in this matter.

21 The joint case management statements shall be due on or before January 2, 2009.

22 Please report to courtroom 2, on the 17th floor, U. S. Courthouse, 450 Golden Gate Avenue, San

23 Francisco, CA 94102.

24                          Richard W. Wieking
                            Clerk, United States District Court
25

26                          By:_____
                            Jennifer Ottolini, Deputy Clerk
27                          Honorable Jeffrey S. White
                            (415) 522-4173
28 Dated:  September 3, 2008