BRIAN S. KABATECK, SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
(rlk@kbklawyers.com)
ALFREDO TORRIJOS, SBN 222458
(at@knklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Attorneys for Plaintiff and the proposed class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDENE SOMERVILLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER ORTHOPEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION,<br><br>Defendants. | CASE NO. 08-CV-02443-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

— 1 —

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS (CASE NO. 08-CV-02443-JSW)

Counsel report that they have met and conferred regarding ADR and hve reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) ADR L.R. 5)

✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file an Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☐ Private ADR (please provide process and provider) _____

_____

The parties agree to hold the ADR session by:

☐ the presumptive deadline (The deadline is 90 days from the order referring the case to an ADR process unless otherwise ordered.)

✓ Other requested deadline:    November 1, 2009

Dated: December 23, 2008        **KABATECK BROWN KELLNER LLP**

By: _____/s/_____
Brian S. Kabateck
Richard L. Kellner
Alfredo Torrijos
*Counsel for Plaintiff and the class*

— 2 —

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS (CASE NO. 08-CV-02443-JSW)

| | | |
|---|---|---|
| Dated: December 23, 2008 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | |
| | By: ___/s/___ | |
| | William M. Goldman | |
| | *Counsel for Defendants Stryker Orthopaedics* | |

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session

- ☐ 90 days from the date of this order
- ☒ other  November 1, 2009

IT IS SO ORDERED.

Dated: December 23, 2008 By: /s/ Jeffrey S. White
United States District Judge

— 3 —

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS (CASE NO. 08-CV-02443-JSW)

Kabateck Brown Kellner LLP
644 S. Figueroa Street
Los Angeles, California 90017
(213) 217-5000
FAX (213) 217-5010