IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOLDENE SOMERVILLE,

    Plaintiff,                                 No. C 08-02443 JSW

  v.

STRYKER ORTHOPAEDICS ET AL,         **ORDER VACATING HEARING**

    Defendants.
_____/

The motion to dismiss is currently set for hearing on Friday, January 9, 2009 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for January 9, 2009 is HEREBY VACATED. The case management set to follow the hearing is VACATED and shall be reset, if necessary, by further order.

**IT IS SO ORDERED.**

Dated: January 7, 2009

                                                           JEFFREY S. WHITE
                                                           UNITED STATES DISTRICT JUDGE