IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOLDENE SOMERVILLE,

    Plaintiff,

v.

STRYKER ORTHOPAEDICS ET AL,

    Defendants.

No. C 08-02443 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

    This matter is set for a hearing on May 1, 2009 on Defendant Stryker Orthopaedics' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 12, 2009 and a reply brief shall be filed by no later than March 19, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: February 26, 2009

    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE