1  BRIAN S. KABATECK, SBN 152054
    (bsk@kbklawyers.com)
2  RICHARD L. KELLNER, SBN 171416
    (rlk@kbklawyers.com)
3  MICHAEL V. STORTI, SBN 260215
    (ms@kbklawyers.com)
4  KABATECK BROWN KELLNER LLP
   644 South Figueroa Street
5  Los Angeles, California 90017
   Telephone: (213) 217-5000
6  Facsimile: (213) 217-5010

7  Attorneys for Plaintiff and the proposed class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDENE SOMERVILLE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>STRYKER ORTHOPEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION,<br><br>　　　　　Defendants. | CASE NO.　08-cv-02443-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE MANAGEMENT ORDER** |

**STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE MANAGEMENT ORDER
(08-CV-02443-JSW)**

1  WHEREAS, on December 21, 2008, the parties filed a Joint Case Management
2  Statement and Proposed Case Management Order.
3  WHEREAS, the parties filed the Joint Case Management Statement and Proposed
4  Case Management Order based on the filing of the original Complaint filed in the matter.
5  WHEREAS, on January 7, 2009, the Court entered an Order which stated in part:
6  "The case management (*sic*) set to follow the hearing is VACATED and shall be reset, if
7  necessary, by further order."
8  WHEREAS, on January 7, 2009, the Court granted Defendant's motion to dismiss
9  Plaintiff's complaint, with leave to amend the complaint.
10  WHEREAS, on February 6, 2009, Plaintiff filed an amended complaint.
11  WHEREAS, on February 26, 2009, Defendants filed a motion to dismiss, with the
12  motion currently set for May 1, 2009.
13  WHEREAS, beginning on March 11, 2009, the parties have been working together
14  to modify the submitted Joint Case Management And Proposed Case Management Order
15  in the event the filed motion to dismiss is denied.
16  WHEREAS, on March 12, 2009, the Court signed a Joint Case Management And
17  Proposed Case Management Order.
18  WHEREAS, pursuant to the Joint Case Management And Proposed Case
19  Management Order set the filing deadline for class certification briefing for March 13,
20  2009.
21  WHEREAS, based on the Court's vacating of the case management hearing, the
22  parties have not conducted any class certification discovery to date.
23  ///
24  ///
25  ///
26  ///
27  ///
28

— 2 —

**STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE MANAGEMENT ORDER**
**(08-CV-02443-JSW)**

Counsel report that they have met and conferred regarding the Case Management Order and have reached the following stipulation pursuant to Civil L.R. 16-8:

The parties agree to the following modified schedule:

| Date | Event |
|---|---|
| April 13, 2009 | Fed. R. Civ. P. 26(a) Disclosures |
| April 13, 2009 | Last date to Amend Pleadings |
| August 3, 2009 | Date on which discovery on class issues will be complete |
| August 17, 2009 | Last date for plaintiffs to file a motion for class certification |
| September 14, 2009 | Last date for defendants to file opposition to plaintiffs motion for class certification |
| September 28, 2009 | Last date for plaintiffs to file reply brief in support of motion for class certification |
| October 6, 2009 at 9:00 a.m. | Last day to hear motion for class certification |
| December 31, 2009 | Last date to complete fact discovery |
| January 29, 2010 | Last date to file plaintiffs' expert reports |
| March 4, 2010 | Last date to file defendants' expert reports |
| May 14, 2010 | Last day to hear dispositive motions |

— 3 —

**STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE MANAGEMENT ORDER (08-CV-02443-JSW)**

| | | |
|---|---|---|
| 1 | June 28, 2010 | Pretrial Conference |
| 2 | | |
| 3 | ~~July 12, 2010~~ | Trial |
| 4 | July 19, 2010 at 8:00 a.m. | |

Dated: March 13, 2009 **KABATECK BROWN KELLNER LLP**

_____/s/_____
MICHAEL V. STORTI
*Attorneys for Plaintiff Goldene Somerville and the Class*

Dated: March 13, 2009 **KASOWITZ, BENSON, TORRES &FRIEDMAN LLP**

_____/s/_____
WILLIAM M. GOODMAN
*Attorneys for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: March 16, 2009  _____/s/ Jeffrey S. White_____
HONORABLE JEFFERY S. WHITE

— 4 —

**STIPULATION AND [~~PROPOSED~~] ORDER FOR MODIFICATION OF CASE MANAGEMENT ORDER (08-CV-02443-JSW)**