IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOLDENE SOMERVILLE,

    Plaintiff,

v.

STRYKER ORTHOPAEDICS ET AL,

    Defendants.

No. C 08-02443 JSW

**ORDER VACATING HEARING**

The motion to dismiss the amended complaint is currently set for hearing on Friday, June 12, 2009 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for June 12, 2009 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: June 10, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE