KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
William M. Goodman (SBN 61305)
wgoodman@kasowitz.com
Christopher J. McNamara (SBN 209205)
cmcnamara@kasowitz.com
101 California Street, Suite 2050
San Francisco, CA  94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

STERN & KILCULLEN, LLC
Joel M. Silverstein (Pro Hac Vice)
Jeffrey Speiser (Pro Hac Vice)
Michael Dinger (Pro Hac Vice)
75 Livingston Avenue
Roseland, NJ  07068
Telephone: (973) 535-2627
Facsimile: (973) 535-9664

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Goldene Somerville, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER ORTHOPEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION,<br><br>Defendants. | Case No: 08-CV-02443-JSW<br>(and related case 08-CV-1609-JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MODIFIED SCHEDULE AND CASE MANAGEMENT CONFERENCE** |

Pursuant to the Court's Order of September 4, 2009, counsel have met and conferred regarding the Case Management Order, have reached the following stipulation pursuant to Civil L.R. 16-8, and agree to the following modified schedule:

/ / /

/ / /

| | | |
|---|---|---|
| 1 | November 2, 2009 | Last date to Amend Pleadings |
| 2 | | |
| 3 | February 24, 2010 | Date on which discovery on class issues will be complete |
| 4 | | |
| 5 | March 10, 2010 | Last date for plaintiffs to file a motion for class certification |
| 6 | April 7, 2010 | Last date for defendants to file opposition to plaintiffs' motion for class certification |
| 7 | | |
| 8 | April 21, 2010 | Last date for plaintiffs to file reply brief in support of motion for class certification |
| 9 | May 7, 2010 | Last day to hear motion for class certification |
| 10 | | |
| 11 | July 23, 2010 | Last date to complete fact discovery |
| 12 | August 20, 2010 | Last date to file plaintiffs' expert reports |
| 13 | September 24, 2010 | Last date to file defendants' expert reports |
| 14 | December 3, 2010 | Last day to hear dispositive motions |
| 15 | ~~January 21, 2011~~ February 7, 2011 | Pretrial Conference |
| 16 | ~~February 7, 2011~~ February 28, 2011 | Trial |

17
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2
Stipulation and ~~[Proposed]~~ Order Re: Modified Schedule; 08-CV-2443-JSW
Doc. 8040209

1    In light of the stipulated schedule, the parties further agree, subject to the Court's
2    approval, that the Case Management Conference scheduled for October 2, 2009 is not necessary
3    and can be taken off calendar.
4
5    Dated: September 16, 2009        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
6
7                                     By: /s/ William M. Goodman
                                           WILLIAM M. GOODMAN
8                                          Attorneys for Defendants
9
10   Dated: September 16, 2009        KABATECK, BROWN & KELLNER LLP
11
12                                    By: /s/ Brian S. Kabateck
                                           BRIAN S. KABATECK
13                                         Attorneys for Plaintiff Goldene Somerville
14
15   PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED
16
17   Dated:  September 16, 2009        By: _____
18                                         Hon. Jeffrey S. White
                                           United States District Judge
19