1  Neil A. Goteiner (State Bar No. 083524)
   ngoteiner@fbm.com
2  Roderick M. Thompson (State Bar No. 96192)
   rthompson@fbm.com
3  Thomas B. Mayhew (State Bar No. 183539)
   tmayhew@fbm.com
4  Monali S. Sheth (State Bar No. 239511)
   msheth@fbm.com
5  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
6  San Francisco, CA  94104
   Telephone:  (415) 954-4400
7  Facsimile:  (415) 954-4480

8  Attorneys for Defendants
   STRYKER ORTHOPAEDICS (AKA STRYKER
9  ORTHOPEDICS; AKA STRYKER
   ORTHOPEDICS, INC.); HOWMEDICA
10 OSTEONICS CORPORATION; STRYER
   CORPORATION; and STRYKER SALES
11 CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDENE SOMMERVILLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION,<br><br>Defendants. | Case No.  C 08-02443 JSW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants STRYKER ORTHOPAEDICS (AKA STRYKER ORTHOPEDICS; AKA STRYKER ORTHOPEDICS, INC.); HOWMEDICA

NOTICE OF SUBSTITUTION OF COUNSEL AND
[PROPOSED] ORDER, Case No. C 08-02443 JSW

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

24895\2067512.1

OSTEONICS CORPORATION; STRYER CORPORATION; and STRYKER SALES CORPORATION hereby substitute the law firm of Farella Braun + Martel LLP, in the place and stead of the law firms of Kasowitz, Benson, Torres & Friedman LLP and Stern & Kilcullen, LLC, as their counsel of record for all purposes in this case.  All further pleadings, correspondence and communications should be directed to the following:

> FARELLA BRAUN + MARTEL LLP
> Neil A. Goteiner
> Roderick M. Thompson
> Thomas B. Mayhew
> Monali S. Sheth
> 235 Montgomery Street, 17th floor
> San Francisco, California 94104
> Telephone: (415) 954-4400
> Facsimile:  (415) 954-4480

All other parties and their counsel of record, as shown on the attached Proof of Service, are hereby given notice of this substitution.

STRYKER ORTHOPAEDICS (AKA STRYKER ORTHOPEDICS; AKA STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYER CORPORATION; and STRYKER SALES CORPORATION consent to this substitution.

Dated:  October 13, 2009  

STRYKER ORTHOPAEDICS (AKA STRYKER ORTHOPEDICS; AKA STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYER CORPORATION; and STRYKER SALES CORPORATION

By: /s/ Jason M. Marks
    Jason M. Marks
    Assistant Counsel, Stryker Corporation

///
///
///
///
///
///

Kasowitz, Benson, Torres & Friedman LLP acknowledges and agrees to this substitution.

Dated:  October 13, 2009                KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


By: /s/ William M. Goodman
      William M. Goodman

Attorneys for Defendants STRYKER ORTHOPAEDICS (AKA STRYKER ORTHOPEDICS; AKA STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYER CORPORATION; and STRYKER SALES CORPORATION


Stern & Kilcullen, LLC acknowledges and agrees to this substitution.

Dated:  October 13, 2009                STERN & KILCULLEN, LLC


By: /s/ Jeffrey Speiser
      Jeffrey Speiser

Attorneys for Defendants STRYKER ORTHOPAEDICS (AKA STRYKER ORTHOPEDICS; AKA STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYER CORPORATION; and STRYKER SALES CORPORATION

Farella Braun + Martel LLP accepts this substitution.

Dated: October 13, 2009                 FARELLA BRAUN + MARTEL LLP


By: /s/ Neil A. Goteiner
      Neil A. Goteiner

Attorneys for Defendants STRYKER ORTHOPAEDICS (AKA STRYKER ORTHOPEDICS; AKA STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYER CORPORATION; and STRYKER SALES CORPORATION

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NOTICE OF SUBSTITUTION OF COUNSEL AND [~~PROPOSED~~] ORDER, Case No. C 08-02443 JSW

- 3 -

24895\2067512.1

**IT IS SO ORDERED**

Dated: October 14, 2009

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT COURT

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF SUBSTITUTION OF COUNSEL AND
[PROPOSED] ORDER, Case No. C 08-02443
JSW

- 4 -

24895\2067512.1