BRIAN S. KABATECK, SBN 152054
 (bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
 (rlk@kbklawyers.com)
MICHAEL V. STORTI, SBN 260215
 (ms@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Attorneys for Plaintiff and the proposed class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDENE SOMERVILLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER ORTHOPEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION,<br><br>Defendants. | CASE NO.   08-cv-02443-JSW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

Through this Stipulation plaintiff GOLDENE SOMERVILE ("Plaintiff") and defendants STRYKER ORTHOPEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION (collectively "Stryker") stipulate to

1 the dismissal, without prejudice, of Plaintiff's claims against Stryker, pursuant to Federal Rule of
2 Civil Procedure 41(a)(1):
3     WHEREAS, on or about May 13, 2008, Plaintiff commenced the above captioned action
4 on behalf of themselves and a putative class;
5     WHEREAS, on or about September 14, 2009, Stryker filed its answer;
6     WHEREAS, Fed. R. Civ. P. 41(a)(1)(A)(ii) allows for voluntary dismissal without court
7 order by a stipulation signed by all parties who have appeared; and
8     WHEREAS, the putative class has not been certified.
9     IT IS HEREBY STIPULATED AND AGREED that Plaintiff dismisses her claims
10 against Stryker, without prejudice.
11     IT IS FURTHER STIPULATED AND AGREED that each party to shall bear her or its
12 own attorneys' fees, costs and expenses accrued or incurred in connection with Plaintiff's claims
13 and waives any and all claim(s) against one another for the recovery of her or its attorneys' fees,
14 costs and expenses accrued or incurred in connection Plaintiff's claims.

Dated: December 9, 2009     KABATECK BROWN KELLNER LLP

By:   /s/
Michael V. Storti
Attorneys for Plaintiff
GOLDENE SOMERVILLE

Dated: December 9, 2009     FARELLA BRAUN + MARTEL LLP

By:   /s/
Thomas B. Mayhew

Attorneys for Defendants
STRYKER ORTHOPAEDICS (AKA STRYKER ORTHOPEDICS; AKA STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION

— 2 —

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO
FED. R. CIV. P. 41(A)(1) (08-CV-02443-JSW)**

25094\2113670.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

— 3 —

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1) (08-CV-02443-JSW)**

25094\2113670.1